UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CASHANA HUDSON | : | CIVIL ACTION NO. **17-7129 (RBK-KMW)** |
| Plaintiff(s) | : | |
| v. | : | |
| DIEGO RAMIREZ SABOGAL, ET AL., | : | |
| Defendant(s) | : | |

## CIVIL JUDGMENT

IT APPEARING that an Arbitration Award was filed on November 5, 2018 and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo;

IT IS on this 6th day of December, 2018,

ORDERED that in accordance with the Arbitration Award and Local Civil Rule 201.1 (g) the Arbitration Award is UNSEALED and JUDGMENT is entered.

BY THE COURT:

**ROBERT B. KUGLER**
UNITED STATES DISTRICT JUDGE

ATTEST:

BY: s/James Quinlan, Arbitration Clerk

DNJ-Arb-003